FILED

JUN 22 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRECE RENE CHESTANG, | CASE NO. 14-CV-1509 BEN (PCL) |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| vs. | [Docket No. 27] |
| AMY MILLER, | |
| Respondent. | |

Before this Court is a "Showing of Cause" Letter filed by Petitioner Tyrece Chestang *nunc pro tunc* on May 8, 2015. (Docket No. 27.)

On March 9, 2015, this Court entered judgment denying the Petition for Writ of Habeas Corpus. (Docket Nos. 20, 21.) On April 16, 2015, Petitioner filed a Notice of Appeal. (Docket No. 23.) On June 12, 2015, the Ninth Circuit concluded that Petitioner's Notice of Appeal was not timely. (Docket No. 28.) The Ninth Circuit then remanded the case to this Court in order to determine whether Petitioner's "Showing of Cause" Letter should be construed as a motion for extension of time to file a notice of appeal, and if so, whether the motion should be granted.

Petitioner's Showing of Cause Letter explains his delay in filing a notice of appeal. Thus, it is more than likely that Petitioner filed the Letter before this Court in order to request an extension of time to file a notice of appeal. The Court therefore construes the Letter as a motion for extension of time.

1  A party must show good cause or excusable neglect to obtain an extension of
2  time to file a notice of appeal. Fed. R. App. P. 4(a)(5)(A). "[S]trict time limits . . .
3  ought not to be insisted upon where restraints resulting from a pro se prisoner
4  plaintiff's incarceration prevent timely compliance with court deadlines." *Eldridge*
5  *v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) (internal quotation marks omitted).

6  Here, Petitioner asserts that he has access to the law library on a "selected
7  scheduled" basis, and the limited access caused his delay in filing a timely notice of
8  appeal. Considering the facts that Petitioner remains incarcerated, is proceeding
9  without counsel, and endures limitations to the accessibility of legal materials, the
10 Court finds good cause to extend Petitioner's deadline to file a notice of appeal.
11 Accordingly, the Motion is **GRANTED**.

12 **IT IS SO ORDERED.**

14 DATED: June /9, 2015

HON. ROGER T. BENITEZ
United States District Court Judge